FELICE JOHN VITI, Acting United States Attorney (#7007)
ALEX WESTENSKOW, Special Assistant United States Attorney (#17642)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED US District Court-UT
SEP 17 '25 AM09:25

| UNITED STATES OF AMERICA, Plaintiff, vs. WILDER ALEXIS FLORES SALGUERO, Defendant. | INDICTMENT<br>COUNT 1: Possession of Fentanyl with Intent to Distribute (> 400 grams), 21 U.S.C. § 841(a)(1)<br>COUNT 2: Illegal Alien in Possession of a Firearm, 18 U.S.C. § 922(g)(5) |
| --- | --- |

Case: 2:25-cr-00349
Assigned To : Waddoups, Clark
Assign. Date : 9/16/2025

The Grand Jury charges:

**COUNT 1**
**21 U.S.C. § 841(a)(1)**
**(Possession of Fentanyl with Intent to Distribute [> 400 grams])**

On or about August 28, 2025, in the District of Utah,

**WILDER ALEXIS FLORES SALGUERO,**

defendant herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("Fentanyl"), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 2**
**18 U.S.C. § 922(g)(5)**
**(Illegal Alien in Possession of a Firearm)**

On or about August 28, 2025, in the District of Utah,

**WILDER ALEXIS FLORES SALGUERO,**

defendant herein, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess a Glock 43x 9mm handgun, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(5).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922 or any violation of any other criminal law of the United States, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

The property to be forfeited includes, but is not limited to:

- Glock 43x 9mm handgun, serial number AKAS234

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
ACTING UNITED STATES ATTORNEY

ALEX WESTENSKOW
Special Assistant United States Attorney